UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TAMIR HAMILTON,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:18-cv-00555-RFB-WGC

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

This action is a petition for writ of habeas corpus by Tamir Hamilton, a Nevada prisoner sentenced to death. The Court has appointed counsel for Hamilton, and, with counsel, he was due to file an amended habeas petition by April 30, 2019. *See* Order entered January 30, 2019 (ECF No. 13).

On April 25, 2019, Hamilton filed a motion for extension of time (ECF No. 16), requesting an extension of time to August 23, 2019 – a 115-day extension – to file his amended petition. Hamilton's counsel states that the extension of time is necessary because of the complexity of this case, and the work necessary to produce the amended petition. This would be the first extension of this deadline. The respondents do not oppose the motion for extension of time.

The Court finds that Hamilton's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

**IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 16) is **GRANTED**. Petitioner will have until and including **August 23, 2019**, to file his amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 30, 2019 (ECF No. 13) will remain in effect.

DATED this 25th day of April, 2019.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE