UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMIR HAMILTON,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:18-cv-00555-RFB-WGC<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 18)** |

    This action is a petition for writ of habeas corpus by Tamir Hamilton, a Nevada prisoner sentenced to death. The Court appointed counsel for Hamilton, and, with counsel, he was due to file an amended habeas petition by August 23, 2019. *See* Order entered January 30, 2019 (ECF No. 13); Order entered April 25, 2019 (ECF No. 17).

    On August 13, 2019, Hamilton filed a motion for extension of time (ECF No. 18), requesting a 45-day extension of time, to October 7, 2019, to file his amended petition. Hamilton's counsel states that the extension of time is necessary because of the complexity of this case and the work necessary to produce the amended petition. This would be the second extension of this deadline. The respondents do not oppose the motion for extension of time.

    The Court finds that Hamilton's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that Petitioner's motion for extension of time (ECF No. 18) is **GRANTED**. Petitioner will have until and including **October 7, 2019**, to file his amended habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered January 30, 2019 (ECF No. 13) will remain in effect.

DATED this 13th day of August, 2019.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE