UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TAMIR HAMILTON,<br><br>　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 3:18-cv-00555-RFB-WGC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE JUROR QUESTIONNAIRES UNDER SEAL (ECF NO. 24)** |

　　This action is a Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, by Tamir Hamilton, a Nevada prisoner sentenced to death. Hamilton, represented by appointed counsel, filed an Amended Habeas Petition on October 7, 2019 (ECF No. 22).

　　Along with his Amended Petition, on October 7, 2019 Hamilton filed several exhibits (ECF Nos. 23, 25), and a motion for leave to file certain of the exhibits under seal (ECF No. 24).

　　In the Motion for Leave to File Exhibits Under Seal (ECF No. 24), Hamilton requests leave to file under seal juror questionnaires from his trial, which were filed under seal in state court. Motion for Leave to File Juror Questionnaires Under Seal (ECF No. 24). Respondents did not respond to the motion.

　　There is a strong presumption in favor of public access to judicial filings and documents. See Nixon v. Warner Communication, Inc., 435 U.S. 589, 597 (1978); see also Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006); Foltz v. State Farm Mut. Auto Ins. Co., 331 F.3d 1122, 1134 (9th Cir. 2003). However,

the court has inherent power over its own records and files, and access may be denied where the court determines that the documents may be used for "improper purposes." See Nixon, 435 U.S. at 598; Kamakana, 447 F.3d at 1179; Hagestad v. Tragesser, 49 F.3d 1430, 1433-34 (9th Cir. 1995). The Court finds that there is good cause for these exhibits to be filed under seal, as they contain personal information regarding the potential jurors.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Leave to File Juror Questionnaires Under Seal (ECF No. 24) is **GRANTED**. Petitioner is granted leave to file the exhibits at ECF No. 25 under seal. As those exhibits have already been filed under seal (ECF No. 25), no further action is necessary by the Clerk of Court in this regard.

DATED this 1st day of November, 2019.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE